# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONELL NICHOLS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-2264 |
| | : | |
| CORRECTIONAL OFFICER LOPPE, | : | |
| *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 30th day of July, 2019, upon consideration of Plaintiff Ronell Nichols's Amended Complaint (ECF No. 10) which raises claims under 42 U.S.C. § 1983, it is **ORDERED** that:

1. The Amended Complaint is **DEEMED** filed.

2. The Amended Complaint is **DISMISSED with prejudice** as to all claims involving prison conditions and the processing of grievances against Defendants Warden David Byrne, Deputy Warden Mario Colucci, Superintendent John A. Reilly, Jr., The GEO Group, Inc., Grievance Coordinator Kevin Conroy, and Grievance Coordinator Gabrielle Price. The Clerk of Court is directed to **TERMINATE** these Defendants.

3. The Clerk of Court is specially appointed to serve written waiver requests on the Defendants, pursuant to Federal Rule of Civil Procedure 4(d), to effect waiver of service. The waiver of service requests shall be accompanied by a copy of the Complaint and shall inform the Defendants of the consequences of compliance and failure to comply with the requests. The requests shall allow the Defendants at least 30 days from the date they are sent (60 days if addressed outside any judicial district of the United States) to return the signed waivers. If a signed waiver is not returned within the time limit given, the Clerk of Court shall issue

summonses and transmit the summonses and a copy of the Complaint to the U.S. Marshals Service for immediate service.

4. All original pleadings and other papers submitted for consideration to the Court in this case are to be filed with the Clerk of Court. Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting *pro se*). Service may be made by mail. Proof that service has been made is provided by a certificate of service. The certificate of service should be filed in the case along with the original papers and should show the day and manner of service. An example of a certificate of service by mail follows:

> "I, (name), do hereby certify that a true and correct
> copy of the foregoing (name of pleading or other paper)
> has been served upon (name(s) of person(s) served) by
> placing the same in the U.S. mail, properly addressed,
> this (day) of (month), (year).
> _____
>    (Signature)"

5. Any request for court action shall be set forth in a motion, properly filed and served. The parties shall file all motions, including proof of service upon opposing parties, with the Clerk of Court. The Federal Rules of Civil Procedure and local rules are to be followed. Nichols is specifically directed to comply with Local Civil Rule 7.1 and serve and file a proper response to all motions within fourteen (14) days. Failure to do so may result in dismissal of this action.

6. Nichols is specifically directed to comply with Local Rule 26.1(f) which provides that "[n]o motion or other application pursuant to the Federal Rules of Civil Procedure governing discovery or pursuant to this rule shall be made unless it contains a certification of counsel that the parties, after reasonable effort, are unable to resolve the dispute." Nichols shall attempt to

resolve any discovery disputes by contacting defendant's counsel directly by telephone or through correspondence.

7. No direct communication is to take place with the District Judge or United States Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

8. In the event a summons is returned unexecuted, it is Nichols's responsibility to ask the Clerk of Court to issue an alias summons and to provide the Clerk with the defendant's correct address, so service can be made.

9. The parties should notify the Clerk's Office when there is an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights.

**BY THE COURT:**

**/s/ Joseph F. Leeson, Jr.**
**JOSEPH F. LEESON, Jr., J.**